UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW H. BECKETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. MORENO, *et al.*,<br><br>　　　　Defendants. | No. 2:20-cv-1927-JDP P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He alleges claims arising in Kings County, California, at California State Prison, Corcoran. *See* ECF No. 1. Kings County is in the Fresno Division of the United States District Court for the Eastern District of California, and this action should have commenced there. E.D. Cal. Local Rule 120(d). Accordingly, the undersigned is authorized to transfer the action to the proper division. E.D. Cal. Local Rule 120(f).

Accordingly, it is hereby ordered that:

1. This action is transferred to the Fresno Division.

2. The Clerk of Court shall assign a new case number.

3. All future filings shall bear the new case number and shall be filed at:

/////

1

1
2
3

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

4   DATED:      October 6, 2020

5
6
7

_____
UNITED STATES MAGISTRATE JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28